NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ZACHARY CROSBY,                          )
                                         )
              Appellant,                 )
                                         )
v.                                       )          Case No. 2D18-293
                                         )
STATE OF FLORIDA,                        )
                                         )
              Appellee.                  )
_____ )

Opinion filed October 5, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge

PER CURIAM.

              Affirmed.

LaROSE, C.J., and CASANUEVA and BADALAMENTI, JJ., Concur.